IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES E. PRINGLE,

    Petitioner,

v.

McARTHUR HOLMES and
AL ST. LAWRENCE,

    Respondents.

CASE NO. CV410-154

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ADOPTS** the same as its opinion. The Petition is **DISMISSED WITHOUT PREJUDICE** and the **Clerk of Court** is **DIRECTED** to close this case.

SO ORDERED this 25th day of October 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA